UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-019

No. 23-2738

JANE DOE, Individually,
and on behalf of all others similarly situated

v.

CENTERVILLE CLINICS INC.,
Appellant

(W.D. Pa. No. 2-23-cv-01107)

Present: SHWARTZ and CHUNG, Circuit Judge

1. Motion by Appellant for Stay of Remand Order Pending Appeal

2. Response by Appellee in Opposition to Motion for Stay

3. Reply filed by Appellant

Respectfully,
Clerk/CJG

_____ORDER_____
The foregoing motion by Appellant for a stay of remand order pending appeal is denied.

By the Court,

s/Patty Shwartz
Circuit Judge

Dated: December 21, 2023
CJG/cc:   Matthew S. Freedus, Esq.
          Khatereh S. Ghiladi, Esq.
          Rosie D. Griffin, Esq.
          Lynn A. Toops, Esq.
          James Gerald Stranch, IV, Esq.
          Michael C. Iadevaia, Esq.