UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2738
_____

JANE DOE, Individually, and on behalf of all others similarly situated

v.

CENTERVILLE CLINICS INC.,
         Appellant

_____

(W.D. Pa. No. 2-23-cv-01107)
_____

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING EN BANC

_____

Present: CHAGARES, <u>Chief</u> <u>Judge</u>, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG and FISHER[*], *Circuit Judges*

  The petition for rehearing filed by Appellant, Centerville Clinics Inc. in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of

---

[*] Judge Fisher's vote is limited to panel rehearing only.

the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT:

*s/ D. Michael Fisher*
Circuit Judge

Dated: October 9, 2024
CJG/cc:    Michael C. Iadevaia, Esq.
           James Gerald Stranch, IV, Esq.
           Lynn A. Toops, Esq.
           Matthew S. Freedus, Esq.
           Khatereh S. Ghiladi, Esq.
           Rosie D. Griffin, Esq.
           Dana Kaersvang, Esq.